NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANCHOR SAVINGS BANK, FSB,**
*Plaintiff-Appellee,*

AND

**STEPHEN ROSENBAUM, FRANK E. WILLIAMS, JR., COMPASS POINT PARTNERS LLC,** AND **LEGAL ALPHA LLC, on behalf of themselves and on behalf of all other similarly situated holders of Litigation Tracking Warrants of Dime Bancorp,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5005

---

Appeal from the United States Court of Federal Claims in No. 95-CV-0039, Judge Lawrence J. Block.

---

**JUDGMENT**

---

EDWIN L. FOUNTAIN, Jones Day, Washington, DC, argued for plaintiff-appellee. With him on the brief were GREGORY A. CASTANIAS and ANTHONY J. DICK.

PAUL A. TRAINA, Engstrom, Lipscomb & Lack, of Los Angeles, California, argued for plaintiffs-appellants. Of counsel was JARED WESLEY BEIKE.

JOHN J. TODOR, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were JOYCE R. BRANDA, Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, and SCOTT D. AUSTIN, Assistant Director.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 October 16, 2013 /s/ Daniel E. O'Toole
        Date Daniel E. O'Toole
                  Clerk